

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00344-CV

Sharon **JOHNSON**,
Appellant

v.

Samuel B. **VILLARREAL**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2015EM504204
Honorable Nick Catoe Jr., Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED for failure to pay the filing fee. Costs of this appeal are taxed against appellant.

SIGNED September 16, 2020.

_____
Rebeca C. Martinez, Justice